# Third District Court of Appeal

## State of Florida

Opinion filed September 29, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1081
Lower Tribunal No. 16-0271-P
_____

**Ocean Reef Marina Condominium I Association, Inc.,**
Appellant,

vs.

**Ocean Vista Florida, Inc.,**
Appellee.

An appeal from the Circuit Court for Monroe County, Luis Garcia, Judge.

Cole, Scott & Kissane, P.A., and Alexandra Valdes, for appellant.

Hershoff, Lupino & Yagel, LLP, and Jessica Rothenberg, and James S. Lupino, for appellee.

Before SCALES, HENDON, and MILLER, JJ.

PER CURIAM.

Affirmed.